IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| BERRIEN AND LISA SUTTON, | : | Criminal Action No. |
| | : | 5:08-CR-40(HL) |
| Defendants. | : | |
| | : | |
| | : | |

# ORDER

Berrien and Lisa Sutton's Joint Motion in Limine Regarding Government's use of the Term "Corruption" (Doc. 262) is denied as moot because the Suttons withdrew this Motion in their Joint Report to the Court (Doc. 301).

The Suttons' Motion in Limine Regarding Court Authorization for Warrants and/or Electronic Surveillance (Doc. 264) is granted. The Government agrees with the Suttons that it is not necessary to mention that the undersigned authorized any search warrants and electronic surveillance in this case. When necessary, witnesses shall refer to such warrants and surveillance as being authorized by "the Court."

**SO ORDERED**, this the 24th day of February, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc