IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BERRIEN L. SUTTON, | * |
| Petitioner, | * |
| v. | Case No. 5:08-CR-00040-001-CHW |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated February 15, 2012, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 16th day of February, 2012.

Gregory J. Leonard, Clerk

s/ Charlene A. Lunsford, Deputy Clerk