# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 13, 2012

Gregory J. Leonard
United States District Court
475 MULBERRY ST
MACON, GA 31201

Appeal Number: 12-12202-DD
Case Style: Berrien Sutton v. USA
District Court Docket No: 5:10-cv-90087-HL-CHW
Secondary Case Number: 5:08-cr-00040-HL-CHW-2

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD/jsc
Phone #: (404) 335-6176

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-12202-DD

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 1 3 2012
JOHN LEY
CLERK

BERRIEN L. SUTTON,

Petitioner - Appellee,

versus

UNITED STATES OF AMERICA,

Respondent - Appellant.

------------------------
On Appeal from the United States District Court for the
Middle District of Georgia
------------------------

BEFORE:   EDMONDSON and CARNES, Circuit Judges.

BY THE COURT:

Appellant's voluntary motion to dismiss this appeal with prejudice, without costs or attorney's fees to either party, is GRANTED.